# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FAX to: Cathy S. Lusk, Clerk, 12th Court of Appeals, Tyler, at (903)593-2193

Court of Appeals No. (If known): 12 - 14 -00355 - CR

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/3/2015 4:36:15 PM
CATHY S. LUSK
Clerk

Trial Court Style: State of Texas VS Donald Cathy S Lusk well

Trial Court & County: CC AL2 Smith County    Trial Court No. 002-8159L-14

Date Trial Clerk's Record Originally Due: _____

Date Court Reporter's/Recorder's Record Originally Due: 2/3/15

Anticipated Number of Pages of Record: 1000

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:    (Check all that apply - attach additional pages if necessary.)

☐    to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☒    my duties listed below preclude working on this record: Since receiving the appeal notice on Jan.7, 2015 we have had four jury trials that have slowed me down working on this appeal.

☐    Other. (Explain.): _____

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by 3/5/15 and I hereby request an additional 30 days within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

2/3/15
**Date**

903-590-1614
**Office Phone Number**

Marcie Powell
**Signature**

Marcie Powell
**Printed Name**

Official Court Reporter
**Official Title**

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for APPELLANT(S):

Name: Jim Huggler

Address: 100 E. Ferguson, Ste 805

Tyler, Tx 75702

Phone no.: 903-593-2400

Attorney for: Donald Powell

Lead Counsel for APPELLEE(S):

Name: Mike West

Address: 100 N. Broadway

Tyler, Tx 75702

Phone no.: 903-590-1726

Attorney for: State of Texas

Lead Counsel for APPELLANT(S):

Name:_____

Address:_____

_____

Phone no.:_____

Attorney for:_____

Lead Counsel for APPELLEE(S):

Name:_____

Address:_____

_____

Phone no.:_____

Attorney for:_____

Additional information, if any:_____

_____

_____

_____

_____